UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ISSA PAFADNAM,

                          Plaintiff,

            -against-

SANT AMBROEUS, et al.,

                          Defendants.
------------------------------------------------------------- X

19 Civ. 8704 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant Sant Ambroeus was ordered to ascertain the last names of defendants "Antonio" and "Frederico" and the addresses where they may be served, and to provide this information to Plaintiff and the Court, by December 22, 2019 (Dkt. No. 6);

WHEREAS, no such information has been provided to the Court. It is hereby

**ORDERED** that Defendant Sant Ambroeus shall file a letter on ECF with the necessary information by **January 6, 2020**, and to file proof of service of this filing on Plaintiff by **January 8, 2020.**

Dated: January 2, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**