UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
ISSA PAFADNAM,            :
                        Plaintiff,      :
            :
          -against-             :
            :
SANT AMBROEUS, et al.,            :
                        Defendants. :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2020

19 Civ. 8704 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference in this matter previously scheduled for January 30, 2020 at 10:40 a.m., is adjourned to **February 27, 2020 at 10:40 a.m**., due to a scheduling conflict.

It is further **ORDERED** that Plaintiff may proceed with mediation, through the Court's Mediation Program, pro se. If Plaintiff elects to proceed pro se, the parties shall notify the Court via letter filed on ECF.

The Clerk of Court is respectfully requested to mail this Order to pro se Plaintiff. Defendant shall inform Plaintiff of the adjournment of the initial pretrial conference as soon as possible, and no later than January 29, 2020, at 5:00 p.m.

Dated: January 28, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**