```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ISSA PAFADNAM,                                              :
                                      Plaintiff,            :
                                                            :      19 Civ. 8704 (LGS)
              -against-                                     :
                                                            :      ORDER
SANT AMBROEUS, et al.,                                      :
                                      Defendants.           :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2020

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference in this matter previously scheduled for February 27, 2020 at 2:30 p.m., is adjourned to **March 12, 2020 at 10:40 a.m**., due to a scheduling conflict.

The Clerk of Court is respectfully requested to mail this Order to pro se Plaintiff.

Dated: February 25, 2020
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**