```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------X    ELECTRONICALLY FILED
                                           :    DOC #:
ISSA PAFADNAM,                             :    DATE FILED: 03/13/2020
                    Plaintiff,             :
                                           :    19 Civ. 8704 (LGS)
         -against-                         :
                                           :           ORDER
SANT AMBROEUS, et al.,                     :
                    Defendants.            :
-------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on March 12, 2020. As discussed at conference, it is hereby

**ORDERED** that, by **March 20, 2020**, the parties shall file a joint letter, apprising the Court of the status of settlement negotiations.

The Clerk of Court is respectfully requested to mail this order to pro se Plaintiff and to close the motion at Dkt. No. 29 as moot.

Dated: March 13, 2020
       New York, New York

                              _____
                                    **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**