UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
ISSA PAFADNAM,
                            Plaintiff,

            -against-

SANT AMBROEUS, et al.,
                           Defendants.
-------------------------------------------------------------X

19 Civ. 8704 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED. It is further

      **ORDERED** that the parties shall jointly file a status letter by **May 1, 2020**, to apprise the Court of the status of settlement. If necessary, the parties shall include in this letter a request for an extension of the deadline to apply to restore the action. It is further

      **ORDERED** that Defendants shall serve this order on pro se Plaintiff and file proof of such service by **April 9, 2020**.

Dated: April 6, 2020
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**